McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-0041-DB |
| Plaintiff, | (~~PROPOSED~~) ORDER DISMISSING COMPLAINT |
| v. | |
| ANGEL EDUARDO GONZALEZ, | |
| Defendant. | |

**<u>ORDER</u>**

The United States has moved to dismiss the criminal complaint against defendant Angel Eduardo Gonzalez, filed on March 11, 2019. (Dkt. No. 1). The Court, having reviewed the motion, finds that it is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988); *see also* Fed. R. Crim. P. 48(a). Accordingly, the Court orders that the complaint against Angel Eduardo Gonzalez be dismissed without prejudice. The Clerk of the Court is further directed to close this case.

SO ORDERED.

Dated: March 27, 2019

Hon. Edmund F. Brennan
United States Magistrate Judge