McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-MJ-0041-DB |
|---|---|
| Plaintiff, | (~~PROPOSED~~) RELEASE ORDER |
| v. | |
| ANGEL EDUARDO GONZALEZ | |
| Defendant. | |

**ORDER**

By separate Order entered this date, the Court has granted the government's motion to dismiss the complaint and directed the Clerk of the Court to close this case. Accordingly, defendant Angel Eduardo Gonzalez should be ordered released from federal custody.

Good cause appearing, IT IS ORDERED that ANGEL EDUARDO GONZALEZ be released from federal custody in the above-captioned case, immediately.

Dated: March 27, 2019

_/s/ Edmund F. Brennan_
Hon. Edmund F. Brennan
United States Magistrate Judge

Certified copy to U.S. Marshals Service

(PROPOSED) RELEASE ORDER